IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS TUCKER | : | CIVIL ACTION |
| | : | NO. 09-05881 |
| v. | : | |
| | : | |
| BERNZOMATIC, et al. | : | |

## ORDER

AND NOW, this 4th day of May, 2010, in consideration of defendants' motion to dismiss plaintiff's demand for punitive damages, plaintiff's response and defendants' reply it is ORDERED that defendants' motion is GRANTED and plaintiff's demand for punitive damages is DISMISSED with leave to amend within fourteen days from the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.